# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                       Plaintiff,<br>vs.<br>EDWIN WARNER ROGERS,<br><br>                                       Defendant. | CASE NO. 04 CR 1347 JM<br><br>**ORDER DENYING MOTION FOR TRIAL OR DISMISSAL** |
|---|---|

Pending before the court is Defendant's motion entitled a notice and demand for trial or dismissal. (Doc. no. 29.) The court deems this motion a request to accelerate any supervised release revocation hearings, and **DENIES** the motion as premature. Accordingly, the court also **DENIES** Defendant's request to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: July 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -                                                                                                            04cr1347